```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
FRANKLIN GRULLON,               :
                                :
              Petitioner,       :
                                :    No. 12 Civ. 4086 (JFK)
     -against-                  :    No. 94 Cr. 466 (JFK)
                                :
UNITED STATES OF AMERICA,       :
                                :         ORDER
              Respondent.       :
-------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-4-12

**JOHN F. KEENAN, United States District Judge:**

The Court having received Petitioner Franklin Grullon's April 23, 2012 Motion for Relief from Judgment, styled as a motion pursuant to Rule 60 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that in light of the fact that Petitioner has served the entirety of his sentence and has been deported to the Dominican Republic, his motion is construed as a petition for a writ of error <u>coram</u> <u>nobis</u>; and it is further

**ORDERED** that the United States Attorney for the Southern District of New York shall file an answer or other pleadings in response to the motion, along with transcripts of any relevant proceedings not already contained in the record, by August 6, 2012; and it is further

**ORDERED** that Petitioner may file reply papers, if any, within 30 days of the date he is served with the Government's answer; and it is finally

1

**ORDERED** that the Clerk of Court serve copies of this Order, the motion, and all other papers in support thereof, by certified mail upon the United States Attorney for the Southern District of New York.

**SO ORDERED.**

Dated:    New York, New York
          June 4, 2012

                                        _____
                                              John F. Keenan
                                        United States District Judge